IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JOSHUA HOLLIS, Individually and on | § | |
| behalf of similarly situated persons, | § | |
|    *Plaintiff,* | § | |
| | § | NO.  MO:19-CV-00038 DC |
| V. | § | |
| | § | |
| LOG ANALYSIS SOLUTIONS, LLC, and | § | |
| NICHOLAS J. MASCHAS, | § | |
|    *Defendants.* | | |

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Stipulation of Dismissal (Doc. 16) filed August 15, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 18th day of August, 2019.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE